**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AARON L. PETERSON,<br><br>Plaintiff,<br>v.<br><br>REBEKAH KATHERINE BREWIS,<br><br>Defendant. | Case No. |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff Aaron L. Peterson, by his undersigned counsel, moves this Court for entry of a preliminary injunction against Defendant Rebekah Katherine Brewis. This Motion is supported by the accompanying brief and Plaintiff's Complaint, which are incorporated herein by reference.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter a preliminary injunction enjoining Defendant from publishing, posting, or disseminating any content that references, directly or indirectly, Mr. Peterson, Peterson Farms Fresh, LLC, or Peterson Farms, Inc., or that otherwise violates the parties' Settlement Agreement;

B. Order Defendant to immediately remove the Website and all content thereon that violates the parties' Settlement Agreement, including all content that discloses confidential information concerning the parties, references Plaintiff, Peterson Farms Fresh, LLC, or Peterson Farms, Inc., or disparages Plaintiff, Peterson Farms Fresh, LLC, or Peterson Farms, Inc.; and

C. Grant such other and further relief as this Court deems just and equitable, including Plaintiff's costs and attorneys' fees incurred in connection with this Motion.

Dated: July 13, 2026

Respectfully submitted,

**AARON L. PETERSON**

By: *\/s/ Michael J. Grant*
One of His Attorneys

Brion B. Doyle (P67870)
Neil E. Youngdahl (P82452)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com
neyoungdahl@varnumlaw.com
*Pro hac vice application forthcoming*

Michael J. Grant (#6275028)
John H. Andreasen (#6332408)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, Suite 700
Chicago, IL 60604
(312) 762-9450
Firm No. 38234
mgrant@tdrlaw.com
jandreasen@tdrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2026, the undersigned caused a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Notice and a copy of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. The undersigned also caused true and correct copies to be served on the party(s) listed below via personal service:

Rebekah Katherine Brewis
2751 Ogden Ave, RM 234
Downers Grove, IL 60515-1704

/s/ Michael J. Grant