# Exhibit A

# Jesus Turns Oil Into Organic Blueberry Juice

How UAE Sovereign Oil Money Flows Through Private Equity Shells Into Michigan Blueb
Farms, Silences Trafficking Victims Across Two Federal Courts, And Fills Private Prisons W
Anyone Who Speaks

AEROSWIFT LEGAL- FAFO FILES
APR 07, 2026

Sh

**AERO SWIFT LEGAL CONSULTANTS**

*Substack | Long-Form Investigative Series*




Thanks for reading! This post is public so feel free to share it.

By Rebekah Katherine Brewis

*Legal Consultant, Aero Swift Legal Consultants*

https://aeroswift.org

April 8, 2026

"*Kristi Noem was the constructed front for an alleged trafficking operation funded by hidden private equity and concealed limited partners — sovereign c money from Abu Dhabi, routed through Cayman Islands funds into Lakewood Organics and Peterson Farms Fresh, shielded by the same offshore architectu that connects Leon Black's Apollo to Mubadala's billion-dollar co-investment partnerships, and protected by the political machine that endorses the next governor while the prosecutors stay silent. Jesus turns oil into Organic Bluebe juice.*"

— *Rebekah K. Brewis*

**I. The Miracle**

In the Gospel of John, Jesus turns water into wine at the wedding at Cana. It is the first public miracle — a transformation of something ordinary into someth valuable, performed in plain sight, understood by those who were paying attention.

In West Michigan, a different kind of miracle is being performed. UAE soverei oil wealth — extracted from beneath the Arabian Peninsula by a government t criminalizes homosexuality, trafficking victims, and dissent — is being transformed into Michigan blueberry operations, processed through the larges fruit processing company in the state, protected by a network of law firms, economic development boards, and political action committees, and defended

federal court by the same attorney across two separate trafficking cases that neither court knows about.

The oil becomes organic blueberry juice. The exploitation stays the same. And anyone who notices gets silenced, surveilled, institutionalized, or deported.

This is the story of how I found the pipeline. It almost killed me. I'm still standing.

**II. The Pipeline**

To understand what happened to me, you have to understand what Peterson Farms actually is. It is not a family blueberry farm. It is a portfolio company within MIC Capital Partners III — a $1.6 billion fund — owned by Mubadala Capital — the investment arm of Mubadala Investment Company, a sovereign wealth fund wholly owned by the Government of Abu Dhabi, United Arab Emirates. Mubadala manages over $300 billion in assets. It is, by every legal definition, a foreign government instrumentality.

Peterson's reach extends far beyond frozen fruit in bulk. Its subsidiary Lakewo Organics produces organic juices sold nationally at Whole Foods and through Amazon. Peterson Ingredients supplies juice flavorings to Starbucks. When yo buy a cold-pressed organic blueberry juice at Whole Foods or order a berry refresher at Starbucks, there is a meaningful probability that the fruit inside it was processed by a Mubadala-owned company in Oceana County, Michigan — the same agricultural corridor where three federal trafficking cases have been filed. The oil becomes organic blueberry juice. It is on your shelf right now.

In February 2020, Mubadala acquired Peterson Farms through MIC Capital Partners III, a fund domiciled in the Cayman Islands. The fund had exactly fou limited partners. One of them is BlackRock, Inc. — confirmed through PitchBo

data. The other three remain unidentified. They are described in fund marketi materials as "leading pension plans, endowments, insurance plans, and government institutions."

I believe Prudential Financial, through its private equity arm PGIM, is one of those hidden LPs. The evidence for this is now a matter of federal court record and I will explain exactly why.

The remaining two LPs are unknown. Discovering their identities is one of the most important investigative objectives in this case. Each one becomes a nam defendant. Each one may be connected to the defense counsel who has been silencing trafficking victims across two federal districts.

Thanks for reading! This post is public so feel free to share it.

**III. One Lawyer, Two Trafficking Cases, Zero Disclosures**

Brion B. Doyle is a partner at Varnum LLP in Grand Rapids, Michigan. He is my opposing counsel. He negotiated a $25,000 settlement with me while I was institutionalized in a residential treatment facility, unable to secure stable housing, and dependent on a Medicaid managed care system that I would late discover was connected to the very defendants I was suing.

That settlement contained an evidence destruction clause and a mutual confidentiality agreement. I now understand it as structured obstruction unde U.S.C. §1512, with the NDA voidable under the Trafficking Victims Protection A 18 U.S.C. §1589(c). My Rule 60(b) motion to vacate it is pending before Judge Sa L. Ellis in the Northern District of Illinois.

But here is what PACER revealed that changed everything: Doyle simultaneous represents defendants in a second federal trafficking case.

In Velasco Rojas v. First Pick Farms Management LLC, et al., No. 1:23-cv-00604 (W.D. Mich.), Doyle entered his appearance on September 18, 2023, defending agricultural companies against trafficking claims brought by H-2A migrant workers. The defendants — First Pick Farms Management LLC, HB Hive LLC, Grow Blue Farms LLC, and related entities — are blueberry farming operations West Olive, Michigan. Ottawa County. Right next door to Oceana County, wher Peterson Farms processes over 150 million pounds of frozen fruit annually.

Where do those blueberries go after they're picked by trafficked labor? To Peterson Farms. Peterson is the processing hub for the region's blueberry outp The blueberries get picked, transported to Peterson's facilities, processed, and distributed through Peterson's supply chain. First Pick farms. Peterson proces The enterprise moves all the pieces.

Doyle also represented Peterson Brands LLC in its acquisition of Country Pure Foods — a transaction directly involving Peterson family agricultural interests

One attorney. Two federal trafficking cases. Same agricultural sector. Same region. Same private equity ecosystem. Neither court was informed of the oth representation.

There is no automated cross-district conflict check in the federal courts. FRCP corporate disclosures are filed within each case independently. The Western District of Michigan has no reason to check the Northern District of Illinois docket, and vice versa. Doyle filed separately in both courts knowing this. The structural gap in the federal system is not a bug. For Varnum LLP, it is a featur

The full triple concurrent representation — including the PGIM/Asellus chain, Murphy seven-day gap, and the Martinie dual-case personnel overlap — is nov

documented on the federal docket at Dkt. #73, filed April 2, 2026: fifty-six paragraphs of undisclosed conflicts, submitted under penalty of perjury and served on all counsel of record.

On the same date, I sent the PACER-filed evidence directly to all four attorneys representing the Velasco Rojas farmworkers: Michigan Immigrant Rights Cent Centro de los Derechos del Migrante, Farmworker Legal Services, and Farmworker Justice. The $25,000 NDA was designed to prevent exactly this ki of cross-case coordination. It failed.

**IV. Seven Days**

September 11, 2023: Kathleen Ann Murphy joins the board of Prudential Financial. She assumes fiduciary oversight of PGIM — Prudential's private equ arm.

September 18, 2023: Seven days later, Brion Doyle enters his appearance in Velasco Rojas, defending PGIM-controlled companies against federal traffickii claims.

Murphy is not a stranger to this architecture. She spent fifteen years inside Ae Financial Services — as General Counsel, Chief Compliance Officer, and Chief Administrative Officer. She learned the full architecture of Aetna's legal, compliance, and surveillance infrastructure from the inside. She then rose through ING Wealth Management and Fidelity Investments (where she servec President of Personal Investing from 2009 to 2021) before landing on the board of Prudential and BlackRock.

Aetna Better Health of Illinois is my Medicaid insurer. It is a wholly-owned subsidiary of CVS Health. BlackRock holds approximately 9.5% of CVS Health. Murphy sits on BlackRock's board. Murphy sits on Prudential's board.

Prudential's PGIM controls the companies Doyle defends in the second trafficking case.

The chain: Murphy → BlackRock/Prudential → CVS Health → Aetna → my Medicaid case manager → me. And simultaneously: Murphy → Prudential → PGIM → Asellus LLC → Asellus Michigan Blue → Grow Blue Farms → First Pic Farms → Doyle.

Seven days. That's the gap between Murphy assuming oversight of PGIM and lawyer who silenced me entering an appearance to defend PGIM's agricultura subsidiaries against trafficking claims by migrant workers who picked the blueberries that Peterson processes.

**V. The Asellus Chain**

The FRCP 7.1 corporate disclosure statement filed in Velasco Rojas (Dkt. #13) is the most important document in this case that wasn't filed in this case. It reve the full ownership chain of the trafficking defendants Doyle represents:

PGIM (Prudential Financial) controls Asellus LLC (Massachusetts)

Asellus LLC controls Asellus Michigan Blue LLC

Asellus Michigan Blue LLC controls Grow Blue Farms LLC

Grow Blue Farms LLC controls First Pick Farms LLC, First Pick Farms Management LLC, Grow Blue Farms Hourly LLC, Grow Blue Farms Salary LLC, and HB Hive and Company LLC

Every entity traces to PGIM. Every entity is a blueberry farming operation. Eve entity is accused of trafficking H-2A workers. Every entity is defended by the same attorney who negotiated my $25,000 silence.

If PGIM/Prudential is also one of the four LPs in MIC Capital Partners III — alongside BlackRock — then Doyle's firm is simultaneously representing the trafficking defendants of two different private equity chains that share institutional investors, share a geographic corridor, share an agricultural commodity, and share a defense attorney. The cross-contamination is total.

The full Asellus/PGIM ownership chain is documented at Dkt. #72, ¶¶128–130, confirmed under penalty of perjury in my supplemental declaration filed April 2026.

## VI. The Closed Loop

Follow the money through six stages. At each stage, the same institutional investors are positioned to profit:

***Stage 1 — INVEST***: Private equity funds acquire agricultural operations. Mubadala/MIC buys Peterson Farms. PGIM/Asellus builds the First Pick Farm chain. The capital comes from sovereign oil wealth and institutional investors

***Stage 2 — EXPLOIT***: The operations traffic labor. H-2A workers at First Pick Farms (Velasco Rojas). Sex trafficking victims connected to Peterson's CEO (Brewis). Two different kinds of exploitation. Same corridor. Same defense firm

***Stage 3 — SILENCE***: When victims surface, NDA-wrapped settlements prevent cross-case contamination. I got $25,000 while institutionalized. The Velasco Rojas workers are in a separate federal court. Doyle handles both. Neither case knows about the other.

***Stage 4 — THREATEN***: ICE enforcement serves as a coercion tool against H-2A workers who speak up. The threat of deportation keeps agricultural labor trafficking victims silent. My coercion was different — institutional placemen

Medicaid surveillance, financial dependency — but the function is identical: k the victim dependent and afraid.

***Stage 5 — DETAIN***: Approximately 90% of ICE detainees are held in privately operated facilities, with CoreCivic and GEO Group among the largest operators The same institutional investors who fund the agricultural operations hold significant positions in the private prison companies. BlackRock holds approximately 15–17% of CoreCivic and 14–16% of GEO Group. PGIM's QMA division holds positions in both. Vanguard holds approximately 10.7% of GEO Group, making it the second-largest institutional holder after BlackRock. Fide — where Murphy served as President — holds mutual fund positions in both.

***Stage 6 — REINVEST***: Profits from every stage recycle into the political infrastructure that ensures non-enforcement. NRA contributions. AgriPAC donations. DeVos family political spending. The Right Place board, where Varnum's Chair sits alongside the economic development officials who approv $32.2 million in expansion funding for Peterson Farms. Michigan's Attorney General has ignored a trafficking complaint for twelve months. The pipeline protects itself.

The loop is closed. The same capital that funds the farms funds the prisons th house anyone who complains about the farms. The same law firm that silence the sex trafficking victim silences the labor trafficking victims. The same boa member who oversees the insurance company that surveils the plaintiff overs the private equity arm that owns the farms. There is no outside.

The full dual-position institutional investor analysis and six-stage closed loop are documented at Dkt. #72, ¶¶133–135. A third federal TVPA case confirms the corridor pattern: Purpose Point Harvesting LLC (W.D. Mich.), where a jury returned a $570,000 verdict in June 2025 for trafficking Guatemalan H-2A workers in Oceana County between 2017 and 2019. Three federal trafficking cases. One agricultural corridor. Two defended by the same attorney.

Thanks for reading! This post is public so feel free to share it.

### *VII. The Surveillance Architecture*

After I filed my federal complaint in April 2025, my Medicaid managed care insurer — Aetna Better Health of Illinois — became the primary instrument of r confinement. Not physical confinement. Constructive confinement. Every institution I accessed conditioned services on precise, real-time location disclosure. My case manager, formerly based in Grand Rapids (the epicenter o my trafficking case), followed me to Chicago. Within 72 minutes of my sendin civil rights complaint email, she dispatched Naperville police to my residence Officers requested consent to search for drugs. I refused.

An Aetna Community Health Director made an in-person visit to my residenti placement and displayed advance knowledge of confidential settlement negotiations I was conducting with Doyle. Within two weeks, I was forcibly discharged with no transition housing. All case management calls routed through Aetna's Hartford, Connecticut headquarters — 151 Farmington Avenue not local Chicago lines. Executive-level routing of a single Medicaid beneficiar case management.

When I established care at Howard Brown Health under the Ryan White progr — outside the Aetna/MCO architecture entirely — the surveillance stopped. Sta healthcare. No location demands. No police. No forced discharges. The contra is itself the evidence.

Even then, CVS routed my Howard Brown prescriptions to a mail-order facility Pennsylvania despite Ryan White/self-pay with no Aetna involvement. The

corporate infrastructure extends beyond the MCO relationship. The loop doesn let go easily.

On March 16, 2026, I faxed a formal PHI revocation to Aetna. On March 19, Aetr forwarded my notice — containing my name, Medicaid ID, and case details — t KatchIQ, a third-party vendor in Tennessee. KatchIQ responded "member not located." My protected health information was shared with a third party three days after I explicitly revoked authorization. The return fax chain confirming HIPAA violation was received April 2.

I remain involuntarily locked into Aetna until approximately October 2026 because all MCO change notices were sent to Clayton House — the facility whe I was confined — from July 2025 through March 2026. The state classified me "Long Term Care" but took no action to ensure I received notice of my right to switch insurers. The surveillance architecture is also a bureaucratic trap: by routing everything through a residential address I no longer occupied, the syst ensured I could not exit the MCO that was monitoring me.

When my Howard Brown physician independently confirmed the CVS Pennsylvania routing anomaly from his own clinical system, he then wrote "paranoid delusions concerning for schizophrenia" in my chart. His own psychiatric exam documented: mood normal, behavior normal, thought conte normal, judgment normal. A subsequent behavioral health consultation by Dondee Gujilde diagnosed Adjustment Disorder — not schizophrenia — with a PHQ-9 score of 17 and GAD-7 of 19. I am an autistic neurodivergent woman wi accumulated trauma consistent with Complex PTSD — my actual clinical hist The doctor who verified the surveillance called me crazy for noticing it.

## VIII. Noem Was the Lid

Kristi Noem was not Secretary of Homeland Security because she was qualifie to run DHS. She was installed because the pipeline needed an enforcement ceiling. A DHS Secretary who would not enforce trafficking laws against agricultural operations backed by the political infrastructure that put her ther

Mark Peterson — Aaron Peterson's brother — has a four-prong documented relationship with Noem: personal friendship, financial sponsorship, business/client relationship, and marketing partnership. Mark Pini, a DHS Blu Campaign employee working under Noem's direct authority, surveilled my soc media from Miami, Florida. The surveillance chain runs: Aaron Peterson → M Peterson → Noem → Pini → my Facebook page.

Michigan's Attorney General, Dana Nessel, has sued Noem over FEMA grants, a 21-state coalition against ICE, launched a Federal Action Tracker, hosted trafficking survivor roundtables, and publicly threatened to prosecute federal agents. But she has ignored my trafficking complaint — the one case that actu implicates Noem's DHS — for twelve months. The defendant is represented by Varnum LLP, the firm that beat Nessel in the Flint Water Crisis prosecution. Political cost exceeds survivor protection.

A Freedom of Information Act request was filed with the Michigan Attorney General's office on March 3, 2026, seeking all records related to the disposition Criminal Complaint No. 2025-ne03311713418-A. Michigan's FOIA Act requires a response within five business days. Thirty-seven days have passed with no response — a statutory violation under MCL 15.235(2). The request was resubmitted on March 31, 2026 to miag@michigan.gov citing the violation. No response has been received from either submission.

The NRA is the connective tissue between the hunting lodge and the statehou Mark Peterson operates Worldwide Trophy Adventures — the business relationship that connects the Peterson family to Noem's political orbit. Nesbit a life member. AgriPAC endorses the same candidates the NRA endorses. The

funding flows from UAE oil money through Mubadala into Peterson operation and from Peterson's political ecosystem through NRA, AgriPAC, and DeVos channels into the Michigan PAC infrastructure that keeps prosecutors silent a DHS secretaries compliant.

Jesus turns oil into Organic Blueberry juice.

**IX. The Triangle**

The evidence points to three gravity centers that hold this network together. Some of what follows is documented on the federal record. Some of it is what discovery will confirm. I am naming the triangle now so that journalists, investigators, and congressional offices know where to look.

Betsy DeVos is the domestic political engine. Her family's Amway fortune — approximately $4 billion — connects directly to The Right Place board where Varnum's Chair, Timothy DeWaard, sits alongside the economic development officials who approved $32.2 million for Peterson Farms' expansion. Her famil funded approximately two-thirds of Kent County Prosecutor Chris Becker's campaign — the prosecutor whose office declined to act on the Grand Rapids police case. Her political spending infrastructure — through the DeVos and Va Andel families, through Michigan PACs, through the Republican donor networ — is the machinery that keeps state prosecutors silent, keeps the Human Trafficking Commission inert, and kept Kristi Noem elevated to DHS. DeVos doesn't need to be in the room. She built the room.

Erik Prince is the operational bridge between domestic political power and UA sovereign infrastructure. He is Betsy DeVos's brother. He founded Blackwater, restructured through Xe Services and Academi into Constellis Holdings — already a named defendant in this case. He has been based in Abu Dhabi since 2010, operating within the same sovereign jurisdiction where Mubadala sits,

where ADIA purchased 9% of Apollo, where Leon Black registered his family office.

In January 2017, a meeting organized on behalf of UAE President Sheikh Mohamed bin Zayed Al Nahyan ("MBZ") took place at the Four Seasons Hotel i the Seychelles. Prince attended alongside Kirill Dmitriev, CEO of the Russian Direct Investment Fund. Prince was assessed by the Mueller investigation as serving as an unofficial representative of the incoming Trump Administration This meeting is documented in the Mueller Report and was the subject of congressional investigation. This finding is now documented on the federal docket.

MBZ's brother, Sheikh Mansour bin Zayed Al Nahyan, chairs Mubadala Investment Company — the $330 billion sovereign wealth fund that owns Peterson Farms Fresh through Mubadala Capital. One brother organized a backchannel meeting between a DeVos family member and a Russian soverei wealth official during the presidential transition. The other brother chairs the fund that owns the company at the center of this lawsuit. The dual-role architecture — one brother managing sovereign diplomacy and intelligence relationships, the other managing sovereign wealth — is a structural feature o Nahyan governance designed to obscure institutional accountability.

Prince is not merely a name on a defendant list. He is the person who makes t UAE-Michigan corridor functional at an operational level — not just capital flo but security architecture, intelligence relationships, and the kind of enforceme infrastructure that allows a DHS Blue Campaign employee in Miami to surveil trafficking victim's Facebook page in Chicago.

Leon Black is the financial gravity. His $158–170 million in payments to Jeffre Epstein between 2012 and 2017 were not fees for services. They were the cost access to the sovereign wealth pipeline. ADIA's $600 million purchase of 9% of Apollo in July 2007 — the same year as Epstein's non-prosecution agreement -

the foundational transaction. Apollo and Mubadala now maintain a multi-billion-dollar co-investment partnership through ASOP, expanded through 202 Black's Abu Dhabi family office, registered at ADGM in September 2024, places his personal wealth management directly within the same sovereign jurisdict that owns Peterson Farms through Mubadala. Black is not in the Peterson cha directly. He is the proof that the UAE sovereign wealth ecosystem has a documented, exposed history of entanglement with trafficking-adjacent finan relationships — and that the institutional investors in that ecosystem are the same ones showing up as LPs in the fund that owns a Michigan blueberry company accused of trafficking.

The three form a triangle. DeVos provides domestic political protection. Prince provides the UAE-Michigan operational corridor. Black provides the financial architecture connecting sovereign wealth to private equity to exploitation. Abu Dhabi is the vertex where all three converge.

And inside the triangle, the insiders execute: Mike Agosta, Ford Dubai's former CFO, installed at Peterson post-buyout as financial gatekeeper. Adnan Salam a Adib Mattar, the Mubadala Capital executives who led the Peterson investmen Alan Ross Etkin, former Deloitte auditor turned Darkside Productions presider architect of Eros's 2016 offshore restructuring. Emmy Bodrogi Hackett, controlling Eros's transatlantic legal architecture from Cornell Law through Bl Media Limited. These are the people who make the capital flow look like agriculture and the exploitation look like employment.

The SAC will prove the territory. This article draws the map.

Thanks for reading! This post is public so feel free to share it.

## X. The Hidden LPs

MIC Capital Partners III has four limited partners. BlackRock is confirmed. I believe PGIM/Prudential is the second, based on the Asellus ownership chain and the Murphy 7-day gap.

The remaining two are unknown. The fund marketing materials describe ther as "leading pension plans, endowments, insurance plans, and government institutions." Vanguard and Fidelity are the leading candidates based on their existing dual positions across agriculture and private prisons, and based on Murphy's twelve-year tenure as President of Fidelity's Personal Investing division.

Discovering the identities of those LPs is not academic. Each one is a named defendant. Each one is a node in the closed loop. Each one may explain anoth thread in Doyle's representation web. And each one is an institutional investo that profited from the silence purchased with my $25,000.

If you are a journalist, a congressional staffer, a forensic accountant, or a regulatory investigator with access to SEC filings, PitchBook data, or Mubadal Capital fund documentation — the identities of those LPs are the most importa unanswered question in this case.

## XI. What I Am Asking For

I am asking for my case to be reopened. The Rule 60(b) motion is pending. The settlement was signed while I was institutionalized, negotiated by an attorne with undisclosed conflicts across two federal trafficking cases, and contains a evidence destruction clause that is itself a federal crime.

I am asking for discovery. The ownership chain of MIC Capital Partners III. Th internal communications at Varnum LLP regarding dual-case representation. The Aetna case management records that will show who directed the surveillance. The PGIM governance records that will show what Murphy knev and when.

I am asking for accountability. Ninety-four named defendants plus Does 1–50. The Second Amended Complaint — captioned Brewis v. Trump — is in preparation. It will be the most comprehensive federal trafficking complaint e filed by a pro se plaintiff.

I am asking for you to pay attention. Because if they can close this loop arounc me — a pro se federal plaintiff with two decades of litigation strategy experien who knows exactly what is happening — they can close it around anyone.

And I am asking for your support. They paid $25,000 to silence me. I'm raising $25,000 to be heard. A GoFundMe campaign to fund this litigation is live at https://www.gofundme.com/f/trafficking-survivor-vs-the-billiondollar-machi

"I never had a locked door. But I also never had a week of stable housing that wasn't conditioned on telling someone connected to this network exactly whe was. That is confinement. The mechanism is different. The result is the same.

Case Information

***Brewis v. Peterson Farms Fresh, LLC, et al., Case No. 1:25-cv-03513 (N.D. Ill.)***

Presiding: The Honorable Sara L. Ellis

Status: Rule 60(b) pending — Filed February 27, 2026

April 2, 2026 filings: Dkt. #72 (Supplemental Declaration, 138 ¶¶) and Dkt. #73 (Notice of Undisclosed Concurrent Representation, 56 ¶¶)

April 9, 2026 filing: Judicial Notice of Newly Identified Publicly Available Evidence (Seychelles meeting, CNP organizational architecture, Bahamas offshore registry, erratum to Dkt. #72 figures)

Public docket: PACER — ecf.ilnd.uscourts.gov

***Brewis v. iMotorsports, Inc., Case No. 1:26-cv-00878 (N.D. Ill.)***

Presiding: The Honorable Elaine E. Bucklo

Status: IFP granted, federal marshals summons service issued

Rebekah Katherine Brewis is a legal consultant at Aero Swift Legal Consultan 680 N. Lake Shore Drive, Suite 110-1901, Chicago, Illinois 60611. She is the pro se plaintiff in both cases. Contact: generalcounsel@aeroswift.org | Signal: (872) 22 7490.

Support this litigation: https://www.gofundme.com/f/trafficking-survivor-vs-t billiondollar-machine

*This article contains allegations that are the subject of pending federal litigati All defendants are presumed innocent of any criminal conduct. Claims regard defendants' conduct reflect allegations in filed court documents and the plaintiff's good-faith legal positions.*

---

**Subscribe to Aeroswift Legal: FAFO FILES**

Launched 4 months ago

Lured from law school into sex trafficking — true tales, confessions & critical independent investigativ journalism of an autistic survivor of Epstein-network sex trafficking. I didn't just survive it — I'm prosecut the architecture that made it run.

Type your email... Subscribe

By subscribing, you agree Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

← Previous Next

## Discussion about this post

Comments Restacks

Write a comment...

© 2026 Beach Press Holdings LLC · Privacy · Terms · Collection notice Substack is the home for great culture