# Exhibit D

# THE WEEK EVERYTHING HIT AT ONCE

FAFO Files — Emergency Dispatch Rebekah K. Brewis | Aeroswift Legal Consultants June 2026



AEROSWIFT LEGAL- FAFO FILES
JUN 18, 2026

1 Sh

I published Part I of this series on May 29th.

Aeroswift Legal: FAFO FILES is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email... Subscribe

I published Part II on June 4th.

In the week that followed, two things happened. My bank seized every dollar I had. And defense counsel filed a motion to seal my entire federal case — built o the argument that my documented disabilities make me incapable of perceivi reality.

I am one person. This is what that week looked like.

## THE BANK

I needed a car. I am launching a business and I need transportation to work. A had denied my previous rental attempt, telling me the issue was my card — a

SoFi debit card that had money on it. So I went to Navy Federal Credit Union a last resort, looking for a new account with a card that would actually be accepted.

On the morning of June 15th, they told me no — I had an outstanding overdraft balance on a prior account.

Then, at 10:53 AM that same morning, Navy Federal emailed me to say a new checking account had been established anyway. At 12:20 PM — eighty-seven minutes later — they sent a second email pushing me to activate a digital debi card through Apple Pay and Google Pay.

Here is what any reasonable person would conclude: if a bank denies you an account because of a debt, and then opens one for you anyway, the debt must separated from the new account. That's the only reason they would reverse th denial. That is exactly what I believed — that my new account was safe, that t old balance was a separate matter, and that the money I deposited would still there when I needed it.

That afternoon, around 4:00 PM, I walked into a branch in person, picked up a physical debit card, and deposited the money I needed to survive — car rental money for Avis, food money, litigation-survival money. A human being at the counter processed my deposit and handed me a card. I believed the account w safe because they had made me believe it was safe.

Navy Federal is not a random institution in my life. It is the same bank where Peterson settlement funds were deposited in October 2025 — the same accoun where a romance scam nearly drained $10,000 to a cryptocurrency exchange before NFCU's own fraud department intervened. NFCU already appears in the record of this case. They lured me back, and they took advantage of me.

At 3:34 AM on June 17th, Navy Federal sent me a cheerful email: *"Great news! The funds you recently deposited are available now in your account."* The ema reported $2,349.38 "deposited" into my EveryDay Checking account ending in 6882 — not the new account I had opened, but the old overdrawn one. Availabl balance: **$0.00**. They took every dollar I deposited into the new account, movec to the old one to cover an overdraft, and dressed it up as a deposit notification three-thirty in the morning. "Great news!" No prior notice. No phone call. No letter. The only reason I found out was an email designed to look like good nev that was actually a receipt for what they took from me.

The day before that — June 16th at 5:33 PM — Navy Federal had sent me a *thir* email: "Welcome, Rebekah! Congratulations on opening your new checking account!" It encouraged me to set up direct deposit and "explore everything yo account has to offer." They were marketing to me to funnel my income into an account they were about to empty.

When I called, they told me "the system" did it, sent me a disclosure policy, anc transferred me to a collections specialist. She tried to reverse it and told me I h no other option. Navy Federal was penalized $95 million by the CFPB in 2024 f the same illegal collection practices they used on me.

Here is what they collected: charges from WoodSpring Suites, the extended-st hotel where I lived for 97 days while homeless after being coerced into an unconscionable settlement that sabotaged my SSI eligibility. WoodSpring Suit — where I was sexually assaulted by a retired 30-plus-year federal Homeland Security Investigations agent in January 2026. I wrote a statement about that assault over four months ago. The overdraft Navy Federal seized against is no debt I freely incurred. It is a direct consequence of trafficking — housing I neec because I had nowhere else to go, at a location where I was assaulted again.

I invoked my rights under the Trafficking Victims Protection Act and the Americans with Disabilities Act on the phone. Both were denied. The debt itse

arose from trafficking. The protections exist for exactly this situation. They denied them anyway.

# THE MOTION

Separately — on **June 16th** — Brion B. Doyle of Varnum LLP, counsel for Aaron Peterson and Peterson Farms Fresh, LLC, filed a motion to seal the *entire dock* of my federal case. Docket entries #75 and #76, set for hearing on **June 23, 202** before Judge Sara L. Ellis. The motion seeks to seal everything from my origin complaint through every filing I've made since February.

This motion isn't about protecting sensitive information. Paragraphs 8 throug 10 take my ADA-protected disabilities — autism, ADHD, PTSD, major depressive disorder, generalized anxiety disorder — and reframe them as evidence of *men instability* and an inability to perceive reality. My disabilities aren't a secret. T Court granted me ADA accommodations on June 12, 2025 (Dkt. #37-38). Defens counsel has known about them for over a year. Now they're using them as a weapon — to characterize a trafficking survivor's federal RICO allegations as t delusions of a mentally ill woman.

This is Varnum LLP's **third attempt** at censorship.

**October 2025 (Attempt 1):** Varnum filed a motion to seal the *entire docket* of *Brewis v. Peterson Farms Fresh, LLC*, Case No. 1:25-cv-03513 (Dkt. #58-59). Eve page. Both complaints — 241 pages and 189 pages of trafficking, RICO, and institutional complicity. The Court denied it (Dkt. #61) and ordered specific justification.

**November 2025 (Attempt 2):** Doyle emailed me a revised sealing motion and tc me I was "obligated" to sign it under the settlement agreement — the one I was institutionalized during, the one negotiated while I was simultaneously being

exploited by a romance scam, the one where the real estate transfer tax on Aa
Peterson's $3 million property sale exceeded the entire settlement amount. I wrote back two words: *We don't confirm.*

**June 2026 (Attempt 3):** Filed twelve days after the FAFO Files began publishin
this motion adds a new weapon: using my own disabilities against me. The sealing argument is built not on privacy or trade secrets, but on the premise th
a neurodivergent trafficking survivor's allegations are inherently unreliable —
that my autism, my PTSD, my depression are proof that what I'm saying can't b
true.

Varnum cannot challenge the facts I've published. Every claim in the FAFO Fil
is sourced to a public record — PACER filings, USPTO trademark registrations, Michigan LARA corporate records, FEC donation data, Ottawa County deed records, OCCRP and ICIJ investigations.

## WHAT THE MOTION DOESN'T WANT YOU TO SE

The court filings in this case document:

A sexual assault on March 6, 2024 by Aaron Leroy Peterson (a/k/a R.J. Elliot), followed by a coerced NDA drafted by five Varnum LLP attorneys within week

A $25,000 settlement negotiated while I was institutionalized at a residential facility — an amount whose unconscionability is demonstrated by the fact tha
the transfer tax alone on Peterson's $3 million home sale exceeded it.

A RICO enterprise connecting Peterson Farms Fresh, LLC through MIC Capital Partners III to Mubadala Capital (UAE sovereign wealth), through Eros.com to Russian organized crime via the Papaian Bridge, and through Apollo Global Management to the Epstein capital spine.

Brion Doyle's undisclosed concurrent representation of PGIM portfolio compan in parallel TVPA litigation (*Velasco Rojas v. First Pick Farms*, W.D. Mich.).

A pattern of law enforcement obstruction, including GRPD's FOIA demand for $218.20 — timed to land 30 minutes after a federal court hearing.

None of this is speculation. All of it is on the record. And that record is what Varnum is trying to seal.

## THE HEARING IS TUESDAY

The motion is set for **June 23, 2026** before Judge Sara L. Ellis in the Northern District of Illinois. That is five days from today.

I am a disabled, neurodivergent trafficking survivor prosecuting this case entirely alone. I have no attorney. I have no firm behind me. I have a laptop, a service dog named Luna, and whatever is left after the institutions in this case finish taking from me each week.

I am not asking anyone to fight this for me. I am asking you to make sure the record survives.

**Read the filings.** Download them from PACER. Screenshot them. Share them. I this motion succeeds, the public record goes dark — and everything I've spent last year building becomes invisible.

If you are in a position to support this work — financially, journalistically, through legal expertise, or simply by sharing — the links are below. Every doll goes to litigation costs, filing fees, and keeping the lights on long enough to ge this case to discovery.

**GoFundMe:** https://www.gofundme.com/f/trafficking-survivor-vs-the-billiondollar-machine

**Private support:** If public donation isn't possible for you, reach out directly via Signal at (224) 347-4404 or email generalcounsel@aeroswift.org to arrange an alternative. Checks or money orders can be mailed to Rebekah Brewis, 680 N. Lake Shore Drive, Suite 110-1901, Chicago, IL 60611. Every option is appreciated and no contribution is too small.

**Case filings:** PACER — Case No. 1:25-cv-03513 (N.D. Ill.)

**FAFO Files:** aeroswiftlegal.substack.com

**Contact:** generalcounsel@aeroswift.org | Signal: (224) 347-4404

*The FAFO Files will continue to publish. Part III is built and ready. But I need t… record to survive Tuesday first. Download it now.*

*— R.K.B.*

Aeroswift Legal: FAFO FILES is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email... Subscribe

1 Like

← Previous Next

## Discussion about this post

Comments Restacks

Write a comment...

© 2026 Beach Press Holdings LLC · Privacy · Terms · Collection notice Substack is the home for great culture