# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Aaron L. Peterson v. Rebekah Katherine Brewis

Case Number: 1:26-cv-08239

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Aaron L. Peterson

Attorney name (type or print): Neil E. Youngdahl

Firm: Varnum LLP

Street address: P.O. Box 352

City/State/Zip: Grand Rapids, MI 49501-0352

Bar ID Number: P82452
(See item 3 in instructions)

Telephone Number: 616-336-6000

Email Address: neyoungdahl@varnumlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 14, 2026

Attorney signature: S/ *Neil E. Youngdahl*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023