**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aaron L. Peterson

Plaintiff,

v.

Case No.: 1:26−cv−08239
Honorable Jeremy C. Daniel

Rebekah Katherine Brewis

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff shall review his filings to ensure compliance with Fed. R. Civ. P. 5.2. Further, the Court orders the plaintiff to substantiate its claim concerning the amount in controversy so that the Court can evaluate whether it has subject matter jurisdiction. The plaintiff has until July 21, 2026, to file a brief and any supporting documents concerning the amount in controversy. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.