**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AARON L. PETERSON,<br><br>Plaintiff,<br>v.<br><br>REBEKAH KATHERINE BREWIS,<br><br>Defendant. | Case No. 1:26-cv-08239 |

**NOTICE OF MOTION**

To: See Attached Certificate of Service

PLEASE TAKE NOTICE that on **July 21, 2026 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jeremy C. Daniel, or any other Judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 of the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present **PLAINTIFF'S MOTION TO SEAL EXHIBIT A TO THE COMPLAINT**, a copy of which is hereby served upon you.

Dated: July 14, 2026

Respectfully submitted,

**AARON L. PETERSON**

By: */s/ Michael J. Grant*
One of His Attorneys

Brion B. Doyle (P67870)
Neil E. Youngdahl (P82452)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com
neyoungdahl@varnumlaw.com
*Pro hac vice application forthcoming*

Michael J. Grant (#6275028)
John H. Andreasen (#6332408)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, Suite 700
Chicago, IL 60604
(312) 762-9450
mgrant@tdrlaw.com
jandreasen@tdrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2026, the undersigned caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Notice and a copy of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. The undersigned also caused true and correct copies to be served on the party(s) listed below via personal service:

Rebekah Katherine Brewis
2751 Ogden Ave, RM 234
Downers Grove, IL 60515-1704

/s/ Michael J. Grant