**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aaron L. Peterson
Plaintiff,
v.
Case No.: 1:26−cv−08239
Honorable Jeremy C. Daniel
Rebekah Katherine Brewis
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion to seal [13] is granted. The Clerk is ordered to seal Dkt. No. 1−1. The plaintiff shall file a redacted version of Dkt. No. 1−1 on or before July 17, 2026. The July 21, 2026, motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.