**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AARON L. PETERSON,<br><br>Plaintiff,<br><br>vs.<br><br>REBEKAH KATHERINE BREWIS,<br><br>Defendant. | Case No. 1:26-cv-08239 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Aaron L. Peterson, by and through his undersigned counsel, voluntarily dismisses without prejudice his claim against Defendant Rebekah Katherine Brewis where Defendant Brewis did not serve an answer to the Complaint or a motion for summary judgment.

Dated: July 20, 2026

Respectfully submitted,

**AARON L. PETERSON**

By: */s/ Michael J. Grant*
One of His Attorneys

Michael J. Grant (#6275028)
John H. Andreasen (#6332408)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, Suite 700
Chicago, IL 60604
(312) 762-9450
mgrant@tdrlaw.com
jandreasen@tdrlaw.com

Brion B. Doyle (P67870)
Neil E. Youngdahl (P82452)
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com
neyoungdahl@varnumlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed electronically with the United States District Court on July 20, 2026. The undersigned also caused true and correct copies to be served on the party(s) listed below via personal service:

Rebekah Katherine Brewis
2751 Ogden Ave, RM 234
Downers Grove, IL 60515-1704

By: */s/ Michael J. Grant*
Michael J. Grant